UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO DEVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN PROGRESSIVE, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-01969-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

On May 30, 2017 the Court stayed the case in its entirety and referred the case to the ADR Unit's mortgage program. Dkt. No. 18. Defendants represented that Devera did not participate in the scheduled ADR phone call. Dkt. No. 21. The Court ordered Devera to show cause in writing by September 1, 2017. Dkt. No. 22. As of October 23, 2017, Devera has not responded. Devera is ordered to show cause in writing by November 3, 2017 as to why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b). The case will be dismissed if an adequate response is not timely received.

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
JAMES DONATO
United States District Judge